IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUGUST RANALLI, | : | |
| Petitioner, | : | 1:17-cv-1782 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| WARDEN BALTAZADR | : | |
| Respondent. | : | |

## **ORDER**

**March 29, 2019**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition is DENIED with respect to Petitioner's 18 U.S.C. § 3585 claim.

2. The petition is DENIED with respect to Petitioner's 18 US.C. § 3621(b) claim. The denial of this claim is without prejudice to Petitioner's right to seek a *nunc pro tunc* designation pursuant to 18 U.S.C. § 3621(b) in accordance with applicable BOP administrative procedures.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge