IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUGUST RANALLI, | : | |
| Petitioner, | : | 1:17-cv-1782 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN BALTAZADR | : | |
| Respondent. | : | |

## **ORDER**

## **April 28, 2020**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Court's March 29, 2019 Memorandum and Order (Docs. 12, 13) are VACATED in their entirety.

2. The petition for writ of habeas corpus is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
